AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bulsara, Sanket J. | U.S. District Court, Eastern District of New York | 04/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Brooklyn Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Brooklyn Law School (salary) | $12,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | SUNY Stonybrook (salary) |
| 2. 2020 | NIH (stipend) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Ledyard National Bank (cash) | A | Interest | K | T | | | | | |
| 3. Citibank, N.A. (cash) | A | Interest | M | T | | | | | |
| 4. Guardian Life Insurance Whole Life Policy | B | Dividend | K | T | | | | | |
| 5. 45 Grand St Family, LLC | E | Distribution | M | U | | | | | |
| 6. Account #1 (H) | | | | | | | | | |
| 7. Dreyfus Deposit (cash) | A | Interest | J | T | | | | | |
| 8. Ishares Tr Core S&P Total US Stk Mkt ETF (ITOT) | A | Dividend | | | Sold (part) | 01/15/20 | J | B | |
| 9. | | | | | Sold | 04/09/20 | J | | |
| 10. Ishares Tr Core S&P 500 ETF (IVV) | B | Dividend | M | T | Sold (part) | 01/15/20 | J | A | |
| 11. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 12. | | | | | Sold (part) | 04/09/20 | J | | |
| 13. | | | | | Sold (part) | 06/04/20 | K | B | |
| 14. | | | | | Sold (part) | 10/07/20 | J | | |
| 15. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 16. Ishares Tr Iboxx USD Invt Grade Corp Bd ETF (LQD) | A | Dividend | K | T | Buy | 04/09/20 | K | | |
| 17. | | | | | Buy (add'l) | 06/04/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 10/07/20 | J | | |
| 19. Ishares Tr Global Tech ETF (IXN) | A | Dividend | K | T | Sold (part) | 01/15/20 | J | B | |
| 20. | | | | | Sold (part) | 06/04/20 | J | A | |
| 21. Ishares Tr Barclays 20+ yr Treas BD ETF (TLT) | A | Dividend | J | T | Sold (part) | 01/15/20 | J | A | |
| 22. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 23. | | | | | Sold (part) | 04/09/20 | J | A | |
| 24. Ishares Tr US Finl Svcs ETF (IYG) | A | Dividend | | | Buy | 06/04/20 | J | | |
| 25. | | | | | Sold | 10/07/20 | J | | |
| 26. Ishares Tr Core S&P Small-Cap ETF (IJR) | A | Dividend | J | T | Buy | 06/04/20 | K | | |
| 27. | | | | | Sold (part) | 10/07/20 | J | | |
| 28. Ishares Tr MBS ETF (MBB) | A | Dividend | K | T | Sold (part) | 01/15/20 | J | A | |
| 29. | | | | | Sold (part) | 03/12/20 | J | | |
| 30. | | | | | Sold | 04/09/20 | J | A | |
| 31. | | | | | Buy | 10/07/20 | K | | |
| 32. Ishares Tr Short-Term Corp Bd ETF (IGSB) | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 33. | | | | | Sold (part) | 06/04/20 | J | A | |
| 34. Ishares Tr Dow Jones US Medical Devices Index (IHI) | A | Dividend | K | T | Buy | 04/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/05/20 | J | | |
| 36. Ishares Tr MSCI EAFE Growth ETF (EFG) | A | Dividend | K | T | Buy | 04/09/20 | K | | |
| 37. | | | | | Sold (part) | 06/04/20 | J | A | |
| 38. | | | | | Sold (part) | 10/07/20 | J | | |
| 39. Ishares Tr Core S&P Mid-Cap ETF (IJH) | | None | | | Sold | 01/15/20 | J | A | |
| 40. Ishares Tr Intermediate-Term CR BD ETF (IGIB) | A | Dividend | | | Sold | 04/09/20 | J | A | |
| 41. Ishares Tr US Treas BD ETF (GOVT) | A | Dividend | K | T | Buy (add'l) | 01/15/20 | J | | |
| 42. | | | | | Sold (part) | 03/12/20 | K | B | |
| 43. | | | | | Sold (part) | 04/09/20 | K | B | |
| 44. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 45. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 46. | | | | | Sold (part) | 11/05/20 | J | | |
| 47. Ishares Tr MSCI USA Minimum Volatility ETF (USMV) | A | Dividend | J | T | Sold (part) | 04/09/20 | J | A | |
| 48. Ishares US ETF Tr Short MTY BD ETF (NEAR) | A | Dividend | | | Buy (add'l) | 03/12/20 | J | | |
| 49. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 50. | | | | | Sold (part) | 06/04/20 | J | | |
| 51. | | | | | Sold | 10/07/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Ishares Tr Edge MSCI USA Value Factor ETF (VLUE) | A | Dividend | K | T | Buy | 04/09/20 | J | | |
| 53. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 54. Ishares Tr Edge MSCI USA Quality Factor ETF (QUAL) | A | Dividend | | | Buy (add'l) | 03/12/20 | J | | |
| 55. | | | | | Sold | 04/09/20 | K | | |
| 56. Ishares Tr Edge MSCI USA Size Factor ETF (SIZE) | A | Dividend | | | Sold (part) | 01/15/20 | J | A | |
| 57. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 58. | | | | | Sold | 04/09/20 | J | | |
| 59. Ishares Tr Core MSCI EAFE ETF (IEFA) | A | Dividend | J | T | Buy (add'l) | 03/12/20 | J | | |
| 60. | | | | | Sold | 04/09/20 | K | A | |
| 61. | | | | | Buy | 06/04/20 | K | | |
| 62. | | | | | Sold (part) | 10/07/20 | J | | |
| 63. Ishares Inc Core MSCI Emerging Mkts ETF (IEMG) | | None | | | Sold (part) | 01/15/20 | K | B | |
| 64. | | | | | Sold (part) | 03/12/20 | J | | |
| 65. | | | | | Sold | 04/09/20 | J | | |
| 66. Ishares Inc ESG MSCI EM ETF (ESGE) | A | Dividend | K | T | Buy | 01/15/20 | K | | |
| 67. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 68. | | | | | Buy (add'l) | 04/09/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/04/20 | J | | |
| 70. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 71. | | | | | Sold (part) | 11/05/20 | J | | |
| 72. Ishares Tr 0-5 Yr High Yield Corp Bd ETF (SHYG) | A | Dividend | K | T | Buy | 01/15/20 | J | | |
| 73. | | | | | Buy (add'l) | 11/05/20 | J | | |
| 74. Ishares Tr MSCI USA ESG ETF (ESGU) | A | Dividend | M | T | Buy | 01/15/20 | K | | |
| 75. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 76. | | | | | Buy (add'l) | 04/09/20 | K | | |
| 77. | | | | | Sold (part) | 06/04/20 | K | | |
| 78. | | | | | Buy (add'l) | 10/07/20 | K | | |
| 79. Account #2 (H) | | | | | | | | | |
| 80. Ishares Tr Core S&P 500 ETF (IVV) | A | Dividend | J | T | | | | | |
| 81. Ishares Tr Iboxx USD Invt Grade Corp Bd ETF (LQD) | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 82. Ishares Global Tech ETF (IXN) (Y) | | | | | | | | | |
| 83. Ishares Tr MBS ETF (MBB) (Y) | | | | | | | | | |
| 84. Ishares Tr MSCI EAFE Growth ETF (EFG) | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 85. Ishares Tr US Treas BD ETF (GOVT) | A | Dividend | J | T | Sold (part) | 04/09/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ishares Tr MSCI USA Minimum Volatility ETF (USMV) (Y) | | | | | | | | | |
| 87. Ishares Tr Edge MSCI USA Quality Factor ETF (QUAL) | A | Dividend | | | Sold | 04/09/20 | J | | |
| 88. Ishares Tr Edge MSCI USA Value Factor ETF (VLUE) (X) | A | Dividend | J | T | | | | | |
| 89. Ishares Tr Core MSCI EAFE ETF (IEFA) | A | Dividend | | | Sold | 04/09/20 | J | | |
| 90. Ishares Inc Core MSCI Emerging Mkts ETF (IEMG) (Y) | | | | | | | | | |
| 91. Ishares Inc ESG MSCI Em ETF (ESGE) | A | Dividend | J | T | Buy | 04/09/20 | J | | |
| 92. Ishares Tr MSCI USA ESG Optimized ETF (ESGU) | A | Dividend | J | T | Buy | 03/12/20 | J | | |
| 93. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 94. Account #3 (H) | | | | | | | | | |
| 95. Alphabet Inc. Class A (GOOGL) | | None | J | T | | | | | |
| 96. Alphabet Inc. Class C (GOOG) | | None | J | T | | | | | |
| 97. TIAA CREF High Yield Fd Retail (TIYRX) | A | Dividend | J | T | | | | | |
| 98. Amana Growth Fund Inv (AMAGX) | A | Dividend | J | T | | | | | |
| 99. Hancock Horizon Burkenroad Sm Cap Inv (HHBUX) | A | Dividend | J | T | | | | | |
| 100. Lazard Intl Strategic Equity Open Shares (LISOX) | A | Dividend | J | T | | | | | |
| 101. Schwab S&P 500 Index Fd (SWPPX) | A | Dividend | J | T | | | | | |
| 102. Schwab 1000 Index Fund (SNXFX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bulsara, Sanket J.** | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Account #4 (H) | | | | | | | | | |
| 104. TIAA Traditional | None | | J | T | | | | | |
| 105. CREF Stock R3 | None | | J | T | | | | | |
| 106. CREF Global Equities R3 | None | | J | T | | | | | |
| 107. TIAA Acc Intl Eq T1 | None | | J | T | | | | | |
| 108. TIAA Acc Md-Cap Gr T1 (X) | None | | J | T | | | | | |
| 109. TIAA Acc S&P 500 Ix T1 | None | | K | T | | | | | |
| 110. TIAA Acc Lg-Cap Val Ix T1 | None | | J | T | | | | | |
| 111. TIAA Acc Sm-Cap Bl Ix T1 | None | | J | T | | | | | |
| 112. TIAA Real Estate | None | | J | T | | | | | |
| 113. CREF Bond Market R3 | None | | J | T | | | | | |
| 114. TIAA Acc Lifecycle 2040 T1 | None | | M | T | | | | | |
| 115. TIAA Acc Lifecycle 2050 T1 | None | | J | T | | | | | |
| 116. Account #5 (H) | | | | | | | | | |
| 117. CREF Stock R3 | None | | J | T | | | | | |
| 118. CREF Growth R3 | None | | J | T | | | | | |
| 119. CREF Equity Index R3 | None | | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bulsara, Sanket J.** | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  CREF Global Equities R3 | | None | J | T | | | | | |
| 121.  TIAA Acc Intl Eq T1 | | None | J | T | | | | | |
| 122.  TIAA Acc Md-Cap Gr T1 | | None | J | T | | | | | |
| 123.  TIAA Acc S&P 500 Ix T1 | | None | K | T | | | | | |
| 124.  TIAA Real Estate | | None | J | T | | | | | |
| 125.  CREF Bond Market R3 | | None | J | T | | | | | |
| 126.  TIAA Acc Lifecycle 2040 T1 | | None | M | T | | | | | |
| 127.  Account #6 (H) | | | | | | | | | |
| 128.  T-C Lifecycle 2040-INST | C | Dividend | K | T | | | | | |
| 129.  Account #7 (H) | | | | | | | | | |
| 130.  CREF Stock R2 | | None | J | T | | | | | |
| 131.  CREF Growth R2 | | None | J | T | | | | | |
| 132.  CREF Global Equities R2 | | None | J | T | | | | | |
| 133.  T-C Lifecycle 2040-INST | A | Dividend | J | T | | | | | |
| 134.  Account #8 (H) | | | | | | | | | |
| 135.  Dreyfus Deposit (cash) | A | Interest | K | T | | | | | |
| 136.  Ishares Tr Core S&P Total US Stk Mkt ETF (ITOT) | | None | | | Sold | 01/15/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Ishares Tr Core S&P 500 ETF (IVV) | B | Dividend | L | T | Sold<br>(part) | 01/15/20 | J | A | |
| 138. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 139. | | | | | Sold<br>(part) | 04/09/20 | J | | |
| 140. | | | | | Sold<br>(part) | 06/04/20 | K | B | |
| 141. | | | | | Sold<br>(part) | 10/07/20 | J | | |
| 142. | | | | | Buy<br>(add'l) | 11/05/20 | J | | |
| 143.  Ishares Tr Iboxx USD Invt Grade Corp Bd ETF (LQD) | B | Dividend | L | T | Buy | 04/09/20 | L | | |
| 144. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 145. | | | | | Sold<br>(part) | 10/07/20 | J | A | |
| 146.  Ishares Tr Global Tech ETF (IXN) | A | Dividend | K | T | Sold<br>(part) | 01/15/20 | J | B | |
| 147. | | | | | Sold<br>(part) | 10/07/20 | J | A | |
| 148.  Ishares Tr Barclays 20+ yr Treas BD ETF (TLT) | A | Dividend | J | T | Buy<br>(add'l) | 03/12/20 | J | | |
| 149. | | | | | Sold<br>(part) | 04/09/20 | J | B | |
| 150.  Ishares TR US Finl Svcs ETF (IYG) | A | Dividend | | | Buy | 06/04/20 | J | | |
| 151. | | | | | Sold | 10/07/20 | J | | |
| 152.  Ishares Tr Core S&P Small-Cap ETF (IJR) | A | Dividend | J | T | Buy | 06/04/20 | K | | |
| 153. | | | | | Sold<br>(part) | 10/07/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Ishares Tr MBS ETF (MBB) | A | Dividend | K | T | Sold (part) | 01/15/20 | J | A | |
| 155. | | | | | Sold (part) | 03/12/20 | J | A | |
| 156. | | | | | Sold | 04/09/20 | K | A | |
| 157. | | | | | Buy | 10/07/20 | K | | |
| 158.  Ishares Tr Short-Term Corp Bd ETF (IGSB) | A | Dividend | K | T | Buy | 04/09/20 | K | | |
| 159. | | | | | Buy (add'l) | 06/04/20 | J | | |
| 160. | | | | | Buy (add'l) | 10/07/20 | J | | |
| 161.  Ishares Tr Dow Jones US Medical Devices Index (IHI) | A | Dividend | K | T | Buy | 04/09/20 | J | | |
| 162. | | | | | Sold (part) | 10/07/20 | J | A | |
| 163.  Ishares Tr MSCI EAFE Growth ETF (EFG) | A | Dividend | K | T | Buy | 04/09/20 | K | | |
| 164. | | | | | Sold (part) | 06/04/20 | J | A | |
| 165. | | | | | Sold (part) | 10/07/20 | J | A | |
| 166.  Ishares Tr Intermediate-Term CR BD ETF (IGIB) | A | Dividend | | | Buy (add'l) | 01/15/20 | J | | |
| 167. | | | | | Sold (part) | 03/12/20 | J | | |
| 168. | | | | | Sold | 04/09/20 | K | A | |
| 169.  Ishares Tr US Treas BD ETF (GOVT) | B | Dividend | K | T | Sold (part) | 01/15/20 | J | A | |
| 170. | | | | | Sold (part) | 03/12/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 04/09/20 | K | B | |
| 172. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 173. | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 174. | | | | | Sold<br>(part) | 11/05/20 | J | A | |
| 175. Ishares Tr MSCI USA Minimum Volatility ETF (USMV) | A | Dividend | J | T | Sold<br>(part) | 04/09/20 | J | | |
| 176. Ishares US ETF Tr Short Mty BD ETF (NEAR) | A | Dividend | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 177. | | | | | Buy<br>(add'l) | 04/09/20 | J | | |
| 178. | | | | | Sold<br>(part) | 06/04/20 | J | | |
| 179. | | | | | Sold | 10/07/20 | J | A | |
| 180. Ishares Tr Edge MSCI USA Value Factor ETF (VLUE) | A | Dividend | K | T | Buy | 04/09/20 | J | | |
| 181. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 182. Ishares Tr Edge MSCI USA Quality Factor ETF (QUAL) | A | Dividend | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 183. | | | | | Sold | 04/09/20 | K | | |
| 184. Ishares Tr Edge MSCI USA Size Factor ETF (SIZE) | A | Dividend | | | Sold<br>(part) | 01/15/20 | J | A | |
| 185. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 186. | | | | | Sold | 04/09/20 | J | | |
| 187. Ishares Tr Core MSCI EAFE ETF (IEFA) | A | Dividend | J | T | Buy<br>(add'l) | 03/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold | 04/09/20 | K | | |
| 189. | | | | | Buy | 06/04/20 | K | | |
| 190. | | | | | Sold<br>(part) | 10/07/20 | J | A | |
| 191. Ishares Core MSCI Emerging ETF (IEMG) | | None | | | Sold<br>(part) | 01/15/20 | J | A | |
| 192. | | | | | Sold<br>(part) | 03/12/20 | J | | |
| 193. | | | | | Sold | 04/09/20 | J | | |
| 194. Ishares Inc ESG MSCI Em ETF (ESGE) | A | Dividend | K | T | Buy | 01/15/20 | K | | |
| 195. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 196. | | | | | Buy<br>(add'l) | 04/09/20 | J | | |
| 197. | | | | | Sold<br>(part) | 06/04/20 | J | | |
| 198. | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 199. | | | | | Sold<br>(part) | 11/05/20 | J | A | |
| 200. Ishares Tr 0-5 Yr High Yield Corp Bd ETF (SHYG) | A | Dividend | K | T | Buy | 01/15/20 | K | | |
| 201. | | | | | Buy<br>(add'l) | 10/07/20 | J | | |
| 202. Ishares Tr MSCI USA ESG Optimized ETF (ESGU) | A | Dividend | L | T | Buy | 01/15/20 | K | | |
| 203. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 204. | | | | | Buy<br>(add'l) | 04/09/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bulsara, Sanket J. | 04/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 06/04/20 | J | | |
| 206. | | | | | Buy (add'l) | 10/07/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Sanket J. Bulsara

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544